**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Brittany Edge and Jeremy Edge, Defendants,

Of whom Jeremy Edge is the Appellant.

In the interest of minor children under the age of 18.

Appellate Case No. 2023-001805

———————————

Appeal From Cherokee County
M. Todd Thigpen, Family Court Judge

———————————

Unpublished Opinion No. 2024-UP-175
Submitted May 8, 2024 – Filed May 13, 2024

———————————

**AFFIRMED**

———————————

Jennifer Lynn Mook, of Law Office of Jennifer Mook, LLC, of Aiken, for Appellant.

Andrew Troy Potter, of Anderson, for Respondent.

Jonathan Drew Hammond, of Greer, for the Guardian ad Litem.

—————————

**PER CURIAM:**  Jeremy Edge appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Edge's counsel.

**AFFIRMED.**[1]

**GEATHERS, HEWITT, and VINSON, JJ., concur.**

—————————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.